Case 3:23-cv-00311 Document 8 Filed on 11/13/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:23-0311

BRIAN LOUIS TAYLOR, # 403398, PLAINTIFF,

v.

UTMB GALVESTON, *ET AL.*, DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

The plaintiff, Brian Louis Taylor, filed this civil-rights action when detained in the Galveston County Jail. Taylor proceeds *pro se* and has not paid the filing fee. On September 25, 2023, the Clerk issued a notice of deficient pleading instructing the plaintiff that, within thirty days, he was required to submit either the $402 filing fee or an application for leave to proceed *in forma pauperis* with a certified copy of his inmate trust-fund account statement for the previous six-month period. Dkt. 3. The notice warned the plaintiff that failure to comply could lead to dismissal of his case under Federal Rule of Civil Procedure 41(b).

The plaintiff's deadline for compliance with the notice of deficient pleading was October 25, 2023. To date, the plaintiff has not paid the fee or filed the required documents. Additionally, Galveston County's public online records reflect that

Taylor has been released from jail. *See* Inmate Inquiry, available at https://p2c.galvestoncountytx.gov/jailinmates.aspx (last visited Nov. 8, 2023). He has not provided the court with an updated address as required by Rule 83.4 of the Local Rules for the Southern District of Texas.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). Relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) requires compliance with all past instructions.

The court orders that this case is dismissed without prejudice. All pending motions are **DENIED** as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this 13th day of November, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE